**PLEASE RETURN FOR FILING**
# IMMEDIATELY

**APPEARANCE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**NO. _____**

_____

**vs.**

_____

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)**_____

_____

s/_____
        **ATTORNEY NAME**

| _____ | _____ |
|:---:|:---:|
| **FIRM NAME** | **OFFICE PHONE NUMBER** |
| _____ | _____ |
| **STREET or P.O. BOX** | **FACSIMILE NUMBER** |
| _____ | _____ |
| **CITY, STATE, ZIP** | **E-MAIL ADDRESS** |

## CERTIFICATE OF SERVICE

_____ I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

_____ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:
_____

_____.

                                               s/_____