**APPEARANCE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

NO. _____

_____

**vs.**

_____

**The Clerk will enter my appearance as Counsel for the following party(s): (please specify)**_____

_____

s/_____
**ATTORNEY NAME**

_____   _____
**FIRM NAME**                                                    **OFFICE PHONE NUMBER**

_____   _____
**STREET or P.O. BOX**                                      **FACSIMILE NUMBER**

_____   _____
**CITY, STATE, ZIP**                                          **E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

_____ I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

_____ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:
_____

_____.

s/_____