APPEARANCE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NO. 13-1974

Edward Plastino et al

vs.

Chris Koster et al

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Missouri Attorney General Chris Koster

s/ Joanna Trachtenberg
**ATTORNEY NAME**

Missouri Attorney General's Office
**FIRM NAME**

P O Box 899
**STREET or P.O. BOX**

Jefferson City, Missouri 65102
**CITY, STATE, ZIP**

573/751-9167
**OFFICE PHONE NUMBER**

573/751-9456
**FACSIMILE NUMBER**

joanna.trachtenberg@ago.mo.gov
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

[✓] I hereby certify that on 05/01/13, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

s/ Joanna Trachtenberg