PLEASE RETURN FOR FILING
# IMMEDIATELY

APPEARANCE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NO. __13-1974__

EDWARD F. PLASTINO and SECOND AMENDMENT FOUNDATION, INC.

vs.

CHRIS KOSTER, Missouri A.G., and TOM NEER, Sheriff of St. Charles Cty.

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Edward F. Plastino and Second Amendment Foundation, Inc.

s/ David G. Sigale
ATTORNEY NAME

LAW FIRM OF DAVID G. SIGALE, P.C.
FIRM NAME

739 Roosevelt Road, Suite 304
STREET or P.O. BOX

Glen Ellyn, IL 60137
CITY, STATE, ZIP

630.452.4547
OFFICE PHONE NUMBER

630.596.4445
FACSIMILE NUMBER

dsigale@sigalelaw.com
E-MAIL ADDRESS

## CERTIFICATE OF SERVICE

[✓] I hereby certify that on May 6, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

_____.

s/ David G. Sigale