# United States Court of Appeals
## For the Eighth Circuit
### St. Louis, Missouri, 63102

| | |
|---|---|
| EDWARD F. PLASTINO and <br> SECOND AMENDMENT FOUNDATION, INC., <br><br> Appellants, <br><br> v. <br><br> CHRIS KOSTER, in his Official Capacity as Attorney General of the State of Missouri; and TOM NEER, in his Official Capacity as Sheriff of St. Charles County, Missouri, <br><br> Appellees. | Appeal from the United States District Court for the Eastern District of Missouri, Eastern Division <br><br> Case No. 4:12-CV-1316 <br><br> Charles A. Shaw, District Judge |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to F.R.App. P. 26.1 and Eighth Circuit Local Rule 26.1A, Appellant Second Amendment Foundation, Inc. certifies that it has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: May 13, 2013

Respectfully submitted,

David G. Sigale (Atty. ID# 6238103 (IL)) 
Law Firm of David G. Sigale, P.C. 
739 Roosevelt Road, Suite 304 
Glen Ellyn, IL 60532 
630.452.4547/Fax 630.596.4445 
Counsel of Record

By: /s/ David G. Sigale 
      David G. Sigale

One of the Attorneys for Appellants

# CERTIFICATES OF SERVICE
# FOR DOCUMENTS FILED USING CM/ECF

**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on   May 13, 2013   , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                           s/   David G. Sigale