# United States Court of Appeals
## For the Eighth Circuit
### St. Louis, Missouri, 63102

| | |
|---|---|
| EDWARD F. PLASTINO and<br>SECOND AMENDMENT FOUNDATION, INC.,<br><br>Appellants,<br><br>v.<br><br>CHRIS KOSTER, in his Official Capacity as<br>Attorney General of the State of Missouri; and<br>TOM NEER, in his Official Capacity as<br>Sheriff of St. Charles County, Missouri,<br><br>Appellees. | Appeal from the United<br>States District Court for<br>the Eastern District of<br>Missouri, Eastern<br>Division<br><br>Case No. 4:12-CV-1316<br><br>Charles A. Shaw, District<br>Judge |

## VERIFICATION OF ORDERING OF TRANSCRIPT

    Pursuant to F.R.App. P. 10(b), Appellants verify pursuant to F.R.Civ.P. 11 and give notice they have ordered the transcript of the District Court proceedings from the hearing on Appellants' Motion for Preliminary Injunction of April 23, 2013, and made satisfactory arrangements for payment.

Dated: May 14, 2013          Respectfully submitted,

                                   David G. Sigale (Atty. ID# 6238103 (IL))
                                   Law Firm of David G. Sigale, P.C.
                                   739 Roosevelt Road, Suite 304
                                   Glen Ellyn, IL 60532
                                   630.452.4547/Fax 630.596.4445
                                   Counsel of Record


                                   By:   /s/ David G. Sigale              
                                                    David G. Sigale

                                   One of the Attorneys for Appellants

# CERTIFICATES OF SERVICE
# FOR DOCUMENTS FILED USING CM/ECF

**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on   __May 14, 2013__  , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

        s/ David G. Sigale