# United States Court of Appeals
## For the Eighth Circuit
### St. Louis, Missouri, 63102

| | |
|---|---|
| EDWARD F. PLASTINO and<br>SECOND AMENDMENT FOUNDATION, INC.,<br><br>Appellants,<br><br>v.<br><br>CHRIS KOSTER, in his Official Capacity as<br>Attorney General of the State of Missouri; and<br>TOM NEER, in his Official Capacity as<br>Sheriff of St. Charles County, Missouri,<br><br>Appellees. | Appeal from the United<br>States District Court for<br>the Eastern District of<br>Missouri, Eastern<br>Division<br><br>Case No. 4:12-CV-1316<br><br>Charles A. Shaw, District<br>Judge |

## NOTICE OF METHOD OF APPENDIX PREPARATION

Pursuant to F.R.App. P. 30(b) and Eighth Circuit Rule 30A(b), Appellants give notice that a Joint Appendix will be filed in this appeal.

Dated: May 14, 2013

Respectfully submitted,

David G. Sigale (Atty. ID# 6238103 (IL))
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60532
630.452.4547/Fax 630.596.4445
Counsel of Record


By:    /s/ David G. Sigale
          David G. Sigale

One of the Attorneys for Appellants

# CERTIFICATES OF SERVICE
# FOR DOCUMENTS FILED USING CM/ECF

**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on   May 14, 2013  , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                               s/ David G. Sigale