# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1974

Edward F. Plastino and Second Amendment Foundation, Inc.

Appellants

v.

Chris Koster, in his official Capacity as Attorney General of the State of Missouri and Tom Neer, in his Official Capacity as Sheriff of St. Charles County, Missouri

Appellees

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-01316-CAS)

___

**ORDER**

Appellants' motion for an extension of time to file the brief is granted in part. Appellants may have until July 22, 2013, to file their brief and appendix.

June 06, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Michael E. Gans