# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1974

Edward F. Plastino and Second Amendment Foundation, Inc.

Appellants

v.

Chris Koster, in his official Capacity as Attorney General of the State of Missouri and Tom Neer, in his Official Capacity as Sheriff of St. Charles County, Missouri

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-01316-CAS)
_____

**ORDER**

Appellants' motion for an extension of time to file their brief is granted. Appellants may have until October 11, 2013, to file their appendix and brief.

July 26, 2013


Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　　/s/ Michael E. Gans