No. 13-1974

# United States Court of Appeals
### For the Eighth Circuit
### St. Louis, Missouri, 63102

| | |
|---|---|
| EDWARD F. PLASTINO and<br>SECOND AMENDMENT FOUNDATION, INC.,<br><br>Appellants,<br><br>v.<br><br>CHRIS KOSTER, in his Official Capacity as<br>Attorney General of the State of Missouri; and<br>TOM NEER, in his Official Capacity as<br>Sheriff of St. Charles County, Missouri,<br><br>Appellees. | Appeal from the United<br>States District Court for<br>the Eastern District of<br>Missouri, Eastern<br>Division<br><br>Case No. 4:12-CV-1316<br><br>Charles A. Shaw, District<br>Judge |

## F.R.APP.P. 42(b) MOTION TO VOLUNTARILY DISMISS APPEAL

Plaintiffs-Appellants, EDWARD F. PLASTINO and SECOND AMENDMENT FOUNDATION, INC. (hereinafter "Appellants"), pursuant to F.R.App.P. 42(b), hereby move to voluntarily dismiss their appeal in this matter. In support thereof, Appellants state as follows:

1. Appellants challenged Revised Statutes of Missouri § 571.101.2(1)), which denied concealed carry permits to non-citizens. Appellants sought a preliminary injunction, which was denied. The denial of the Motion for Preliminary Injunction is the subject of the pending appeal.

2. Since this appeal has been filed, MRS § 571.101.2(1)) was amended by the recently enacted SB75, to now allow lawful resident aliens to obtain concealed carry permits.

3. Further, since this appeal was filed, Appellant Plastino has received his concealed-carry permit.

4. Therefore, the Appellants contend the subject matter of the appeal is now moot and request this appeal be dismissed, each party to bear its own costs.

5. Appellant's Counsel, by signature below, swears to the factual matter contained herein as an Affidavit.

Dated: October 10, 2013	Respectfully submitted,

David G. Sigale (Atty. ID# 6238103 (IL))
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60532
630.452.4547/Fax 630.596.4445
* Counsel of Record

Matthew T. Singer, Esq. (MO ED # 5262301)
The Law Office of Matthew T. Singer
6963 Waterman Avenue
St. Louis, MO 63130
(314) 272-3388/Fax (877) 816-7884


By:   /s/ David G. Sigale
            David G. Sigale

One of the Attorneys for Appellants