# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-1974
_____

Edward F. Plastino; Second Amendment Foundation, Inc.

Plaintiffs - Appellants

v.

Chris Koster, in his official Capacity as Attorney General of the State of Missouri; Tom Neer, in his Official Capacity as Sheriff of St. Charles County, Missouri

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-01316-CAS)
_____

**JUDGMENT**

Appellants' motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 11, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans