# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1974

Edward F. Plastino and Second Amendment Foundation, Inc.

Appellants

v.

Chris Koster, in his official Capacity as Attorney General of the State of Missouri and Tom Neer, in his Official Capacity as Sheriff of St. Charles County, Missouri

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-01316-CAS)
_____

## MANDATE

In accordance with the judgment of 10/11/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 11, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit